```
WILSON TURNER KOSMO LLP
ROBERT A. SHIELDS (206042)
JASON M. AVELAR (312884)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rshields@wilsonturnerkosmo.com
E-mail: javelar@wilsonturnerkosmo.com
E-mail: warrantyeservice@wilsonturnerkosmo.com
```

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| CYNTHIA MCCLAIN, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 5:21-cv-02136-JFW-SHK<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: October 7, 2021<br><br>District Judge: John F. Walter<br><br>Magistrate Judge: Shashi H. Kewalramani |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff CYNTHIA MCCLAIN ("Plaintiff") and Defendant FORD MOTOR COMPANY ("FORD") (collectively, the "Parties") reached a settlement in this matter. The Parties respectfully request the Court vacate the upcoming Scheduling Conference and associated deadlines, which is presently set for February 14, 2022, to allow the Parties to effectuate the terms of the settlement.

/ / /

/ / /

[SIGNATURES ON FOLLOWING PAGE]

| | | |
|---|---|---|
| Dated: January 25, 2022 | | **WILSON TURNER KOSMO LLP** |
| | By: | /s/ Jason M. Avelar<br>ROBERT A. SHIELDS<br>JASON M. AVELAR<br>Attorneys for Defendant<br>FORD MOTOR COMPANY |
| Dated: January 25, 2022 | | **LAW OFFICE OF ANDREW M. WEISS** |
| | By: | /s/ *Andrew M. Weiss*<br>ANDREW M. WEISS<br>Attorneys for Plaintiff<br>CYNTHIA MCCLAIN |

## SIGNATURE ATTESTATION

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

                                                        s/ *Jason M. Avelar*<br>
                                                        JASON M. AVELAR